UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO IBARRA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEEPS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 25-cv-2484-AJB-VET<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT DEEPS, INC.** |

On September 21, 2025, Plaintiff Pedro Ibarra filed his Complaint in the instant action. (Doc. No. 1.) A summons was issued on September 22, 2025. (Doc. No. 2.) On October 16, 2025, Plaintiff filed a proof of service demonstrating that Defendant Deeps, Inc. ("Defendant") was properly and timely served. (Doc. No. 3.)

Federal Rule of Civil Procedure 12 requires a defendant to serve an answer "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a); *see also* Fed. R. Civ. P. 12(b). Here, more than twenty-one (21) days have passed since Defendant was served with the Complaint and Defendant has failed to file an answer or otherwise respond. Accordingly, the Clerk of Court is **DIRECTED** to enter default against Defendant. *See* Fed. R. Civ. P. 55(a). Plaintiff Pedro Ibarra must file a motion for default

1

judgment **no later than thirty days** from the docketing of this Order. *See* CivLR 55.1. Plaintiff is cautioned that a failure to properly move for default judgment may result in the Court dismissing this action without prejudice. *See id.*

**IT IS SO ORDERED.**

Dated: December 30, 2025

Hon. Anthony J. Battaglia
United States District Judge